(*Supreme Court of Illinois.*)

### St. Louis & Southeastern Railroad Company

#### vs.

### William Dorman.

(1874.)

DIMINUTION OF RECORD—RETURN. Upon suggestion of diminution of record and motion for *certiorari*, appellee must see that return is made in time.

Appeal from Hamilton County, No. 83.

SHELDON, J.:—

Diminution of record is suggested, and motion made for a writ of *certiorari*. The motion will be allowed, but the appellee will see to it that the return is made in time, as we shall not suffer the hearing to be delayed for want of the return.